FILED

08 JAN 25 AM 10: 58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

E-filing    PJH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    0552

Julio V. Llanos Plaintiff,

vs.

Washington Mutual Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Julio V. Llanos, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 41,700     Net: 30,004.00

Employer: Synergy Companies

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2.    Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.    Business, Profession or                    Yes ____ No ✓
8 |           self employment?
9 |     b.    Income from stocks, bonds,                 Yes ____ No ✓
10 |          or royalties?
11 |    c.    Rent payments?                             Yes ____ No ✓
12 |    d.    Pensions, annuities, or                    Yes ____ No ✓
13 |          life insurance payments?
14 |    e.    Federal or State welfare payments,         Yes ____ No ✓
15 |          Social Security or other govern-
16 |          ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.    Are you married?                              Yes ____ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support: $ _____
27 |       b.    List the persons other than your spouse who are dependent upon you for support
28 |             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?    Yes ✓ No ____

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?    Yes ✓ No ____

7    Make <ins>HONDA CIVIC</ins> (TOYOTA RAV4)   Year <ins>1993</ins> (1997)   Model <ins>LX</ins>

8    Is it financed? Yes ____ No ✓ If so, Total due: $_____

9    Monthly Payment: $_____

10   7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s): $ 20.00

14   Do you own any cash? Yes ____ No ✓ Amount: $_____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                              Yes ____ No ____

17   _____

18   8.    What are your monthly expenses?

19   Rent: $_____ Utilities: _____

20   Food: $_____ Clothing: _____

21   Charge Accounts:

22   <u>Name of Account</u>         <u>Monthly Payment</u>         <u>Total Owed on This Account</u>

23   BANK OF AMERICA    $ 100.00              $ 3,000. or

24   CHASE              $ 150.00              $ 3,500. or

25   CHASE              $ 60.00               $ 1,200. or

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/24/08                              [signature]
DATE                                  SIGNATURE OF APPLICANT

- 4 -