1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  JULIO V. LLANOS,
8
          Plaintiff,                    No. C 08-0552 PJH
9
      v.                                **JUDGMENT**
10
   WASHINGTON MUTUAL,
11
          Defendant.
12 _____/
13     The court having dismissed this case,
14     it is Ordered and Adjudged
15     that plaintiff take nothing, and that the action be dismissed.
16     IT IS SO ORDERED.
17 Dated: February 1, 2008

                                        /s/ PJH
                                        _____
19                                      PHYLLIS J. HAMILTON
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO V LLANOS,

        Plaintiff,

v.

WASHINGTON MUTUAL et al,

        Defendant.

Case Number: CV08-00552 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio Victor Llanos
175 Seville Street
San Francisco, CA 94112

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk