```
                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
```

FILED
08 APR 30 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-552 PJH

|  |  |
|---|---|
| JULIO V. LLANOS | ) Case No.: No. 08-0643 MHP |
|  | ) |
| C/o 175 Seville Street, | ) **NOTICE OF APPOINTMENT OF FIDUCIARY** |
|  | ) |
| San Francisco, California Zip Code | ) **TRUSTEE** |
|  | ) |
| Exempt, | ) E-filing |
|  | ) |
|         Libellant, | ) |
|  | ) |
|      vs. | ) |
|  | ) |
| WASHINGTON MUTUAL et. Al. | ) |
|  | ) |
| C/o P.O. Box 78148 | ) |
|  | ) |
| Phoenix, Arizona [85062] | ) |
|  | ) |
|         Libellee, | ) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF FIDUCIARY TRUSTEE

   Now, by special appearance, comes JULIO V. LLANOS, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R.

1 | member attorned esquire, or agents thereof, to make any determinations for
2 | me, legal or otherwise, including but not limited to any so called
3 | "overturning of a motion". This is not a motion. This is a NOTICE. If you are
4 | reading this then the presumption will operate that you have ACTUAL NOTICE of
5 | the subject matter herein and by acting contrary to this NOTICE you will be
6 | bound by its terms. Fail not under penalty of Law!
7 | NOTICE is hereby given that:

    1.)    I am of legal age, competent to testify and under no legal disability.

    2.)    As the creditor and principal, I hereby formally appoint DENNIS MONTALI esquire as fiduciary trustee for the purpose of using my exemption to settle and close any outstanding debt owed WASHINGTON MUTUAL.

Dated this **30** day of April, 2008

By: Authorized representative
Without recourse

APPOINTMENT OF FIDUCIARY TRUSTEE - 2 OF 3